UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILFRED L. JOHNSON | CIVIL ACTION NO. 04-1438-A |
| VERSUS | U. S. DISTRICT JUDGE DEE D. DRELL |
| TOWN OF JONESVILLE, et al. | U. S. MAGISTRATE JUDGE JAMES D. KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment (Doc. No. 8) is GRANTED.

SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of December, 2005.

Dee D. Drell
United States District Judge